UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN D. REDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-01516-APG-NJK |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. The amended complaint was previously screened by this Court. (ECF No. 10). The screening order imposed a 90-day stay, and a mediation conference took place on August 23, 2013. (ECF Nos. 10, 12, 15). The minutes of proceedings from the mediation conference indicate that settlement was not reached in this action. (ECF No. 15).

Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a motion for production of documents, which asks the Court to order the Nevada Department of Corrections to produce his medical records. (ECF No. 14).

Plaintiff's motion is a discovery document which, pursuant to Local Rule 26-8, may not be filed unless ordered by the Court. No such order has been entered in this case. Additionally, the 90-day stay on this case has recently been lifted, and discovery has not yet opened. The Court therefore denies Plaintiff's motion (ECF No. 14) without prejudice.

Now that the 90-day stay is over, Defendants will answer or otherwise respond to Plaintiff's complaint, and the Court will issue a scheduling order for discovery and motion practice.

Inmates are allowed to review their medical files at least once a year by sending a kite to the caseworker. The inmate reviews the files and can tab pages he would like to have copied. The inmate pays for the copies, and the copies are stored in the medical office cabinet. Inmates cannot keep medical files in their cells for safety and security reasons; however, Plaintiff can take notes of his records and keep them in his cell. If Plaintiff needs to attach his medical records as exhibits to any filing, or needs to review them again for motion practice, he can send a kite to obtain them.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for production of document (ECF No. 14) is **DENIED** without prejudice.

Dated this 3rd day of September, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE