UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN D. REDMAN, | ) | Case No. 2:12-cv-01516-APG-NJK |
| Plaintiff(s), | ) ) | ORDER GRANTING MOTION TO EXTEND THE DEADLINE TO |
| vs. | ) ) | RESPOND TO THE AMENDED COMPLAINT |
| DWIGHT NEVEN, et al., | ) ) | (Docket No. 23) |
| Defendant(s). | ) ) | |

Pending before the Court is Defendants' motion to extend the deadline to respond to the amended complaint. Docket No. 23. On August 29, 2013, the Court ordered Defendants to respond to the amended complaint within 60 days. Docket No. 16. Thereafter, on September 9, 2013, Plaintiff filed a motion for leave to file a second amended complaint. Docket No. 18. That motion remains pending. Defendants ask to extend the deadline to respond to the amended complaint until after the court rules on Plaintiff's request to file a second amended complaint. In particular, Defendants contend that their response to the amended complaint will be deemed moot should the court allow the filing of a second amended complaint. *See* Docket No. 23 at 3. For good cause shown, the Court hereby **GRANTS** the motion to extend, and the deadline to respond to the amended complaint is hereby **VACATED** in light of Plaintiff's motion to file a second amended complaint.

In the event the motion for leave to file a second amended complaint is denied, then Defendants shall file a response to the amended complaint within 14 days of that order (unless

another deadline is set by the district judge).  In the event the motion for leave to file a second amended complaint is granted, then Defendants shall file a response to the second amended complaint within 14 days of that order (unless another deadline is set by the district judge).

IT IS SO ORDERED.

DATED: October 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge