1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10

11   JOHN D. REDMAN,                        )
                                            )
12          Plaintiff(s),                   )        2:12-cv-01516-APG-NJK
                                            )
13   vs.                                    )
                                            )        **ORDER**
14   DWIGHT NEVEN, *et al.*,                )        (Docket No. 21)
                                            )
15          Defendants.                     )
                                            )
16

17          On August 29, 2013, the Court ordered Plaintiff's Amended Complaint served electronically on

18   the Office of the Attorney General.  Docket No. 16.  The Court further ordered the Office of the

19   Attorney General to file, within 21 days, a notice advising the Court and Plaintiff the names of

20   Defendants for whom it does accept service, the names of Defendants for whom it does not accept

21   service, as well as the last known addresses, under seal, of Defendants for whom it has such information

22   and does not accept service. *Id*., at 2.  On September 19, 2013, in compliance with the Court's Order,

23   the Office of the Attorney General filed notice that it accepted service on behalf of Defendants Jennings

24   and Adams.  Docket No. 19.  The Office of the Attorney General did not indicate that it was accepting

25   service on behalf of Defendant Bannister, nor did the Office of the Attorney General file under seal

26   Defendant Bannister's last known address.

1    As the Office of the Attorney General has failed to file under seal Defendant Bannister's last

2  known address, the Court hereby **ORDERS** that it file under seal the last known address of Defendant

3  Bannister **no later than November 7, 2013**.

4    On October 7, 2013, Plaintiff filed a motion requesting the personnel files of Defendant

5  Bannister so that Plaintiff can have Defendant Bannister served at his last known address by the United

6  States Marshal Service.  Docket No. 21.  No response was filed to that motion.  In light of the Court's

7  order above, the Court hereby **DENIES** Plaintiff's motion for Defendant Bannister's personnel files as

8  moot.

9    IT IS SO ORDERED.

10    Dated this 29th day of October, 2013.

11

12

13  NANCY J. KOPPE
   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

2