# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN REDMAN,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:12-cv-01516-APG-NJK<br><br>ORDER THAT PLAINTIFF FILE AND SERVE THE SECOND AMENDED COMPLAINT |

　　　　On February 13, 2014, United States District Judge Andrew P. Gordon ordered that, "[p]ursuant to Local Rule 15-1(b), Plaintiff shall file and serve the Second Amended Complaint." Docket No. 28. To date, Plaintiff has failed to comply. Accordingly, the Court hereby **ORDERS** Plaintiff to file the second amended complaint on the docket no later than October 17, 2014. For sake of clarity, the Court notes that service of the Second Amended Complaint will then be deemed completed on Defendants through its filing on the Court's CM/ECF system. *See* Special Order No. 109 at IV.B; *see also* Fed. R. Civ. P. 5(a)(1)(B), Fed. R. Civ. P. 5(b)(2)(E).

　　　　<u>Failure to comply with this order may result in an order to show cause why this case should not be dismissed.</u>

　　　　IT IS SO ORDERED.

　　　　DATED: October 3, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge