UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN D. REDMAN,<br><br>                Plaintiff(s),<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>                Defendant(s). | Case No. 2:12-cv-01516-APG-NJK<br><br>**ORDER**<br><br>(Docket Nos. 32, 33) |

      On February 13, 2014, United States District Judge Andrew P. Gordon ordered that, "[p]ursuant to Local Rule 15-1(b), Plaintiff shall file and serve the Second Amended Complaint." Docket No. 28. Because Plaintiff failed to comply, the undersigned issued an order requiring him to file the Second Amended Complaint. Docket No. 30. The Court has now received a response, indicating that Plaintiff does not have a copy of the Second Amended Complaint to serve Defendants. *See* Docket No. 33. The Court hereby **INSTRUCTS** the Clerk's Office to file on the docket the Second Amended Complaint. *See* Docket No. 18 at 2-12. This will be deemed service of the Second Amended Complaint. *See* Special Order No. 109 at IV.B; *see also* Fed. R. Civ. P. 5(a)(1)(B), Fed. R. Civ. P. 5(b)(2)(E). Defendants are therefore **ORDERED** to file a response to the Second Amended Complaint within 14 days.

      In light of the above, Plaintiff's motion at Docket No. 33 is **DENIED** as moot. The Court also **DENIES** as moot Plaintiff's motion for status check (Docket No. 32).

      IT IS SO ORDERED.

      Dated: October 16, 2014

                                                      _____<br>
                                                      NANCY J. KOPPE<br>
                                                      UNITED STATES MAGISTRATE JUDGE