# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN D. REDMAN,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-01516-APG-NJK<br><br>**ORDER** |

The Court hereby **ORDERS** that the sentence at Docket No. 16 at page 2, lines 10-13 be **REMOVED** and **REPLACED** with the following:

> Pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's account (**John D. Redman, #1081653**), in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action.

IT IS SO ORDERED.

Dated: October 27, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE