**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN REDMAN, | ) | |
| | ) | Case No. 2:12-cv-01516-APG-NJK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | (Docket No. 43) |
| DWIGHT NEVEN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion to for the Court to send him a copy of his Second Amended Complaint. Docket No. 43. In this instance, the Court will **GRANT** the motion and **INSTRUCTS** the Clerk's Office to mail Plaintiff a copy of his Second Amended Complaint. Plaintiff is advised that he generally does not have a right to free copies. To that end, Plaintiff must take all reasonable steps to maintain copies of his filings, including utilizing carbon paper or handwriting copies.

IT IS SO ORDERED.

Dated: November 17, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE