1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN REDMAN,                  )

                  Plaintiff(s),   )

vs.                          )

D.K. JENNINGS, et al.,      )

                  Defendant(s).  )

Case No. 2:12-cv-01516-APG-NJK

**ORDER**

(Docket No. 46)

Pending before the Court is Plaintiff's motion for a formal mediation conference.  Docket No. 46. Defendants filed a response.  Docket No. 49.  No reply has been filed.  Defendants indicate that this case was previously submitted to the Court's Inmate Early Mediation Program, which was unsuccessful.  *See id.* at 1.  Defendants oppose an additional mediation because they believe it would be wasteful since little has occurred to change the landscape since the previous mediation.  *See id.* at 2.  In these circumstances, the Court hereby **DENIES** the motion for a formal mediation conference.

The Court reminds the parties, however, that they are free to attempt to resolve the dispute informally without Court involvement.

IT IS SO ORDERED.

Dated: January 5, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE