1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

JOHN REDMAN,                                     )
                                                 )          Case No. 2:12-cv-01516-APG-NJK
                              Plaintiff(s),       )
                                                 )          **ORDER**
vs.                                              )
                                                 )
D.K. JENNINGS, et al.,                          )          (Docket No. 60)
                                                 )
                              Defendant(s).       )
_____)

12

13

14

15

16     Pending before the Court is a motion filed by Plaintiff. Docket No. 60. Defendants filed a response

17     in opposition. Docket No. 63. No reply was filed. Although not entirely clear, it appears that Plaintiff is

18     requesting an extension of time to file a reply to Defendants' answer. *See* Docket No. 60. The Federal

19     Rules of Civil Procedure allow for the filing of a reply to an answer, but only "if the court orders one." Fed.

20     R. Civ. P. 7(a)(7). In this case, the Court has not ordered such a reply to be filed, so Plaintiff's motion is

21     hereby **DENIED** as moot.

22          IT IS SO ORDERED.

23          Dated: February 25, 2015

24

25
                                                    _____
                                                    NANCY J. KOPPE
26                                                  UNITED STATES MAGISTRATE JUDGE

27

28