# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN REDMAN,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>D.K. JENNINGS, et al.,<br><br>　　　　Defendant(s). | Case No. 2:12-cv-01516-APG-NJK<br><br>ORDER RE: MOTION TO APPOINT COUNSEL<br><br>(Docket No. 56) |

Pending before the Court is Plaintiff's motion to appoint counsel. Docket No. 56. A primary thrust of Plaintiff's argument is that the law library at Lovelock Correctional Center (and the use of the "paging system") is so deficient that he is entitled to appointment of counsel. *See id.* at 4-5 (discussing, *inter alia*, *Koerschner v. Warden*, 508 F. Supp. 2d 849 (D. Nev. 2007)).[1] Defendants filed a response in opposition that fails to address Plaintiff's contentions regarding the law library and the paging system. *See* Docket No. 59. The Court hereby **ORDERS** Defendants to supplement their opposition no later than March 5, 2015. That supplement shall address the issues outlined above.

IT IS SO ORDERED.

DATED: February 25, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff's reply also raises similar issues. *See* Docket No. 64 at 3.