UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN REDMAN,<br><br>　　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>D.K. JENNINGS, et al.,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:12-cv-01516-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 66) |

Pending before the Court is a motion filed by Plaintiff. Docket No. 66. Defendants filed a response. Docket No. 76. No reply was filed. Although not entirely clear, it appears that Plaintiff is requesting an order that he be allowed to send mail to certain types of persons, such as legal experts and professors. *See* Docket No. 66. Plaintiff has not explained why the law library has refused to send out his legal mail, so the Court is unable to evaluate the motion in a meaningful manner. The Court notes that Defendants do not have any opposition to "Plaintiff corresponding with any of the persons listed in Plaintiff's motion except for [other] inmates, as that would require approval from the Warden." Docket No. 76 at 2. Accordingly, Defendants appear to agree that Plaintiff can contact the listed types of persons by mail <u>so long as all other requirements for such mail are met</u>, such as proper postage and approval from the Warden when necessary. To the extent this does not address Plaintiff's concern, his motion is **DENIED** without prejudice and he may renew it with a better explanation why the law library is not allowing his legal mail.

　　　　IT IS SO ORDERED.

　　　　Dated: April 6, 2015

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE