# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN REDMAN,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>D.K. JENNINGS, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:12-cv-01516-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 90) |

Pending before the Court is Plaintiff's motion for a settlement conference. Docket No. 90. The Court hereby **ORDERS** Defendants to file a response no later than September 9, 2015.

IT IS SO ORDERED.

Dated: September 4, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE