# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN REDMAN, <br><br> Plaintiff(s), <br><br> vs. <br><br> D.K. JENNINGS, et al., <br><br> Defendant(s). | Case No. 2:12-cv-01516-APG-NJK <br><br> **ORDER** <br><br> (Docket No. 90) |

Pending before the Court is Plaintiff's motion for production of document, namely various medical sign-in sheets from 2012. Docket No. 94. Defendants opposed that motion and Plaintiff filed a reply. Docket Nos. 98, 102. As Defendants note, the discovery cutoff in this case expired long ago on January 28, 2015. *See* Docket No. 39. Plaintiff has failed to establish that a *de facto* reopening of discovery is appropriate.[1] The motion for production is **DENIED**.

IT IS SO ORDERED.

Dated: October 15, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] As the Court has also already advised Plaintiff, the proper method to obtain discovery from Defendants is to serve them with discovery requests, not to file a motion with the Court. *See* Docket No. 55.