1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN D. REDMAN, | ) |
| Plaintiff(s), | ) Case No. 2:12-cv-01516-APG-NJK |
| | ) |
| v. | ) **ORDER REGARDING** |
| | ) **SETTLEMENT CONFERENCE** |
| D.K. JENNINGS, et al., | ) |
| Defendant(s). | ) |
| | ) |

The Court hereby **CONTINUES** the beginning of the settlement conference scheduled for November 24, 2015, from 9:30 a.m. to 10:30 a.m.  All other requirements outlined in Docket No. 93 continue to govern.

IT IS SO ORDERED.

DATED: November 20, 2015

_____
Nancy J. Koppe
United States Magistrate Judge