UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN REDMAN, | Case No. 2:12-cv-01516-APG-NJK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| D.K. JENNINGS, et al., | (Docket Nos. 109, 110) |
| Defendant(s). | |

Pending before the Court are Plaintiff's motions to enforce and/or withdraw settlement. Docket Nos. 109, 110. Defendants filed responses in opposition. Docket Nos. 112, 113. Plaintiff filed a reply. Docket No. 114. The undersigned finds the motions properly resolved without a hearing. *See* Local Rule 78-2. For the reasons discussed more fully below, the motions are hereby **DENIED** without prejudice.

This is a prisoner civil rights case. The parties participated in a settlement conference, at which time they reached a settlement. Docket No. 106. The parties later memorialized that settlement agreement in writing. *See* Docket No. 112-1. On December 11, 2015, the Court entered a stipulated judgment of dismissal and closed this case. Docket No. 108.

Presently before the Court are motions filed by Plaintiff indicating that Defendants have failed to comply with the terms of the settlement agreement. *See, e.g.*, Docket Nos. 109-110. It appears that the circumstances have changed since the filing of those motions, however, as Defendants represent that they belatedly complied with their financial obligations established by the settlement agreement. *See* Docket No. 112 at 1-2. Moreover, and significantly, it is not clear that this Court has jurisdiction over the pending

dispute as federal courts generally do not have jurisdiction to enforce a settlement agreement once a case has been dismissed. *See, e.g.*, *O'Connor v. Colvin*, 70 F. 3d 530, 532 (9th Cir. 1995) (citing *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 378 (1994)). To that end, it appears that the settlement agreement in this case expressly divests this Court of jurisdiction over the pending dispute. Docket No. 112-1 at 6 (Section IV, providing that, "[i]n the event that either party feels that the opposing party is not living up to their end of the bargains contained herein, and wishes to institute an enforcement action, such action must be filed in the Nevada state district court as a contract action, in the venue where the inmate is currently housed").

   Because of the changed factual circumstances and the lack of meaningful argument regarding the Court's jurisdiction, the pending motions are **DENIED** without prejudice.

   IT IS SO ORDERED.

   Dated: February 19, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE